People v Rubio (2025 NY Slip Op 51424(U))

[*1]

People v Rubio

2025 NY Slip Op 51424(U)

Decided on September 10, 2025

Criminal Court Of The City Of New York, Bronx County

Sorrentino, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through September 16, 2025; it will not be published in the printed Official Reports.

Decided on September 10, 2025
Criminal Court of the City of New York, Bronx County

The People of the State of New York,

against
Javier Rubio, Defendant.

Docket No. CR-004360-25BX

Opinion withdrawn from online only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See 2025 NY Slip Op 25206.